THE BIEGLER LAW FIRM
ROBERT P. BIEGLER, Bar No. 88506
bieglerlaw@gmail.com
725 University Avenue
Sacramento, CA 95825
Telephone: 916.927.3971
Facsimile: 916.927.7869

Attorneys for Plaintiff
MONA YOUNIS

LITTLER MENDELSON, P.C.
JOSHUA Z. FELDMAN, Bar No. 199207
jfeldman@littler.com
2049 Century Park East
5th Floor
Los Angeles, CA 90067
Telephone: 310.553.0308
Facsimile: 310.553.5583

NATHANIEL H. JENKINS, Bar No. 312067
njenkins@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
THE SALVATION ARMY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MONA YOUNIS,<br><br>        Plaintiff,<br><br>v.<br><br>SALVATION ARMY, and DOES 1-100, inclusive,<br><br>        Defendant. | Case No. 2:20-cv-00601-KJM-AC<br><br>**JOINT STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF ARBITRATION**<br><br>Complaint Filed: October 31, 2019 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4813-9218-9623.1 058620.1296

# STIPULATION

Plaintiff MONA YOUNIS ("Plaintiff") and Defendant THE SALVATION ARMY ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to stay all proceedings pending resolution of arbitration, as follows:

**WHEREAS**, Plaintiff was hired for employment with Defendant on or about June 20, 2011;

**WHEREAS**, on or about February 18, 2015, Plaintiff entered into an arbitration agreement with Defendant wherein she agreed to submit any and all claims arising out of her employment relationship to binding arbitration (the "Arbitration Agreement");

**WHEREAS**, on October 31, 2019, Plaintiff initiated a lawsuit against Defendant in the California Superior Court, County of Sacramento, by filing a complaint for damages (Case No. 34-2019-00267990); and

**WHEREAS**, Defendant removed this matter to this Court pursuant to federal question jurisdiction (28 U.S.C. § 1441(a));

**WHEREAS**, all parties have agreed to submit the claims pending in this matter to arbitration pursuant to the terms of the Arbitration Agreement;

**WHEREAS**, all parties have agreed that all proceedings in this matter should be stayed pending the resolution of arbitration.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed by and between the Parties as follows:

(1) Plaintiff shall submit the Instant Action to binding arbitration.

**SO STIPULATED.**

///
///
///
///
///
///

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4813-9218-9623.1 058620.1296    2.    CASE NO. 2:20-CV-00601-KJM-AC

Dated: March 26, 2020

        */s/ Robert P. Biegler (as approved on 3/26/20)*
ROBERT P. BIEGLER
THE BIEGLER LAW FIRM
Attorneys for Plaintiff
MONA YOUNIS

Dated: March 26, 2020

        */s/ Nathaniel H. Jenkins*
JOSHUA Z. FELDMAN
NATHANIEL H. JENKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE SALVATION ARMY

4841-5478-8525.1 058620.1282

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4813-9218-9623.1 058620.1296  3.  CASE NO. 2:20-CV-00601-KJM-AC

**ORDER**

Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court hereby orders as follows:

1) All proceedings in this lawsuit now pending before the United States District Court, Eastern District of California are immediately stayed pending the resolution of the Parties' arbitration.

2) The Parties shall report to the court the outcome of arbitration and the implications for this action within fourteen (14) days of completion of the arbitration proceedings.

**IT IS SO ORDERED.**

DATED: April 6, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4813-9218-9623.1 058620.1296    4.    CASE NO. 2:20-CV-00601-KJM-AC