UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA YOUNIS, | No. 2:20-cv-00601-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| SALVATION ARMY, and DOES 1-100, inclusive, | |
| Defendants. | |

On April 7, 2020, the court granted the parties' stipulation to stay this case pending the resolution of the parties' arbitration. *See* Order, ECF No. 6, at 2. The court also directed the parties to file a joint status report by June 6, 2020, or earlier if the outcome of arbitration proceedings was completed. *Id*. The parties have not filed a joint status report, and plaintiff has taken no further action to complete litigation of this case.

IT IS THEREFORE ORDERED that plaintiff and defendant show cause within fourteen days of the date of this order why this case should not be dismissed for failure to follow court orders. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992), *as amended* (May 22, 1992) (dismissal of case not abuse of discretion when district court warns party that failure to obey court orders will result in dismissal).

DATED: October 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE